FILED
AUG 13 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE DE JESUS CHAVEZ,

Defendant

Case No.: 25-CR-3828-TWR

**ORDER AND JUDGMENT OF DISMISSAL**

Upon the motion of the United States, pursuant to Rule 48, Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 8/13/26

Todd Robinson

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE